# Donald H. Vogelman
ATTORNEY AT LAW
260 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY  10016
212-889-5860

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

FAX :  212- 448- 0066
EMAIL: DVOGLAW@AOL.COM
CELL   917- 837- 0020

OF COUNSEL:

ERIC H. GREEN

## MEMORANDUM ENDORSED

By  ECF                                                       February 1, 2023

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: United States   v.  Alex Garcia
        Case  No. : 22  Cr.  522 ( GHW)

Dear Judge Woods  :

    I  am the attorney for Alex Garcia   regarding the above referenced matter. I was retained the day of his arrest and  I represented Mr. Garcia at his arraignment in Magistrates Court.

    I  have a conflict and can no longer represent Mr. Garcia.  The conflict arises because I represent Joan Mercedes a co defendant in the indictment before Your Honor  in a case pending in State Court in New York County. I have advised  Mr. Garcia and his family,  AUSA  Ashley Nicolas and Mr. Mercedes counsel,  Jill Shellow of the conflict.

    I  am therefore requesting to be relieved.  This  matter  is scheduled   for a conference on February 3, 2023  at 1PM.  I do not know if Mr. Garcia's family will retain new counsel.  I am writing this letter today in advance of the conference to enable the Court to have CJA counsel present  on February 3, 2023.

    Thank you.

Respectfully yours,
/s
Donald H. Vogelman

---

Application denied without prejudice.  Counsel is directed to Local Cr. R. 1.1(b) which outlines the process to move for withdrawal.  Any renewed submission should be filed in compliance with the Court's local rules.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 73.
SO ORDERED.
Dated:  February 1, 2023
New York, New York

*signature: Gregory H. Woods*
GREGORY H. WOODS
United States District Judge