```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                                                               :
                  -v-                                          :
                                                               :
                                                               :
   ALEX GARCIA,                                                :
                                                               :
                                  Defendant.                   :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#: _____
DATE FILED: 2/6/2023

1:22-cr-522-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received the February 2, 2023, application by Mr. Vogelman to withdraw as counsel for Mr. Garcia. Dkt. No. 78. As stated on the record during the conference held on February 3, 2023, the Court will hold a status conference to discuss the application on February 13, 2023, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear for the conference at that time.

The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 78.

SO ORDERED.

Dated: February 6, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge