```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :
                    -v-                                       :
                                                              :
                                                              :
   ALEX GARCIA,                                               :
                                                              :
                                                  Defendant.  :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2023

1:22-cr-522-GHW-6

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a bail review hearing with respect to defendant Alex Garcia on September 6, 2023 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 214.

SO ORDERED.

Dated: September 5, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge