

**MEMORANDUM ENDORSED**

**ANDREW MANCILLA**
NY, CA, NJ, SDNY, EDNY, DNJ,
2ND CIRCUIT, US SUPREME COURT

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646.225.6686  F 646.655.0269
andrew@law-mf.com

May 11, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/16/2024__

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Request To Permit Stand-In Counsel**
                 *United States v. Alexander Francisco*, et al., S1 22 Cr. 522 (GHW)

Dear Judge Woods:

    I am the attorney for Alex Garcia, a defendant in the above referenced matter. I write to respectfully request that Carla Sanderson, counsel for co-defendant Ray Eduardo, be permitted to stand in for me during the conference on May 24, 2024.

    The reason for this request is that on May 3, 2024, the Court rescheduled the June 5th conference to May 24, 2024, a date that falls within my pre-planned and pre-paid trip to visit my family in Chile, South America.

    Accordingly, I respectfully request that Ms. Sanderson be permitted to stand in for me during the rescheduled conference on May 24, 2024. I have spoken to my client who consents to Ms. Sanderson appearing on my behalf. I thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  */s/ Andrew Mancilla*
                                  Andrew Mancilla

cc: All Counsel of Record (via ECF)

Application granted. Ms. Sanderson may stand in for Mr. Mancilla at the conference on May 24, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 322.

SO ORDERED.

Dated: May 16, 2024
         New York, New York
                                        GREGORY H. WOODS
                                      United States District Judge