

**ANDREW MANCILLA**
NY, CA, NJ, SDNY, EDNY, DNJ,
2ND CIRCUIT, US SUPREME COURT

260 MADISON AVE, 22ND FLR
NEW YORK, NY 10016
T 646.225.6686   F 646.655.0269
andrew@law-mf.com

# MEMORANDUM ENDORSED

September 26, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2024

<u>**Via ECF**</u>
Honorable Gregory H. Woods
United States District Judge
U.S. District Court - SDNY
500 Pearl Street
New York, N.Y. 10007

Re:   <u>**United States v. Alex Garcia, 22 CR 522 (GHW)**</u>
      **Application To Adjourn Sentencing**

Dear Judge Woods:

    I represent Alex Garcia in the above referenced matter and I write to request an adjournment of his sentencing currently scheduled for October 11, 2024.

    The reason for this request is to allow additional time to gather pertinent materials for Mr. Garcia's sentencing, including character letters from his family members, and to review the final PSR, which I have yet to receive. An additional two months should be sufficient. I have conferred with the government and it does not object to this request.

    Accordingly, I request that Mr. Garcia's sentencing be adjourned to a date in December or January 2025. I thank the Court for its consideration of this request.

Sincerely,

Andrew Mancilla

Cc:   All Counsel (Via ECF)

> application granted. The sentencing hearing scheduled for October 11, 2024 is adjourned to December 20, 2024 at 10:00 a.m. The defendant's sentencing submissions are due no later than December 6, 2024. The Government's sentencing submissions are due no later than December 13, 2024.
> The Clerk of Court is directed to terminate the motion pending at Dkt. No. 517.
> SO ORDERED.
> Dated: September 26, 2024
> New York, New York
>
> _____
> GREGORY H. WOODS
> United States District Judge